**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | B.G.P., Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Peltz Shoes** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 59-1426758 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4525 140th Ave. N., Suite 900** <br> **Clearwater, FL 33762** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinellas** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **B.G.P., Inc.**                Case number (*if known*) _____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | B.G.P., Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**▮ Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on **1.23.2025**
MM / DD / YYYY

X _/s/ Gary Peltz_____    Gary S. Peltz
Signature of authorized representative of debtor    Printed name

Title  **President**

---

| | |
|---|---|
| **18. Signature of attorney** | X  /s/ Scott A. Stichter_____    Date **1.23.2025** |
| | Signature of attorney for debtor    MM / DD / YYYY |

**Scott A. Stichter**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **(813) 229-0144**    Email address  **sstichter@srbp.com**

**710679 FL**
Bar number and State

Debtor   **B.G.P., Inc.**                                      Case number (*if known*) _____
         Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

Debtor   **B.G.P. Stores, LLC**                      Relationship to you       **Affiliate**

District  **Middle District of Florida, Tampa
Division**                    When _____   Case number, if known   _____

Debtor   **BGP Warehouse Inciana, LLC**              Relationship to you       **Affiliate**

District  **Middle District of Florida, Tampa
Division**                    When _____   Case number, if known   _____

Aetrex
PO Box 51008
NEWARK, NJ 07101

Aldo US Inc.
1209 Orange Street
Wilmington, DE 19801

Arrow Container
6550 E. 30th St, Suite 130
Indianapolis, IN 46219-1145

ASICS
PO BOX 827483
Philadelphia, PA 19182

B.G.P. Holdings, LLC
4525 140th Ave. N., Suite 900
Clearwater, FL 33762

Baggallini, Inc.
13405 Yarmouth Road NW
Pickerington, OH 43147

Birkenstock
15079 Collections Center Drive
Chicago, IL 60693-0150

Black Diamond Group
PO Box 715108
Cincinnati, OH 45271

Bluegrace Logistics
Dept 108
P.O. BOX 4964
Houston, TX 77210-4964

Brooks
P.O Box 94353
Seattle, WA 98124-6653

Bueno of California
2051 Raymer Ave.
Fullerton, CA 92833

Caleres, Inc.
PO Box 281777
Atlanta, GA 30384

Caterpillar Workwear

Attn: Summit Resource International
2310 Univerity Way, Bldg 3-1
Bozeman, MT 59715

Chinook
7690 SW Mohawk St
Tualatin, OR 97062

Clarks
PO BOX 415388
Boston, MA 02241-5388

Coco & Carmen
Attn:TGB Brands, Inc.
15105 Minnetonka Industrial Rd
Minnetonka, MN 55345

Cole Haan
PO Box 6007
Boston, MA 02212

Dan Post
PO Box 30189
Clarksville, TN 37040

Dansko
33 Federal Road
West Grove, PA 19390

Deckers Outdoor Corp
P.O. Box 8424
Pasadena, CA 91109-8424

Deposco Inc.
PO Box 92140
Las Vegas, NV 89193-2140

DWB Holdings Group, LLC
Assignee of Truist Bank
6354 119th Ave. N.
Largo, FL 33773

Eastman Footwear
PO BOX 1036
Charlotte, NC 28201-1036

Eliya Inc - Bernie Mev
Attn:Bernie Mev/ JPMorgan Chase
PO BOX 88926
Chicago, IL 60695

Fila
P.O. Box 826464
Philadelphia, PA 19182

FitFlop
PO Box 347394
Pittsburgh, PA 15251

Florida Blue
PO BOX 660299
Dallas, TX 75266-0299

Footwear Unlimited Inc
99 Larkin Williams Ind. Ct
Fenton, MO 63026

Genesco, Inc.
4008 Reliable Parkway
Chicago, IL 60686

Genfoot America, Inc.
PO Box 1785
Brattleboro, VT 05302

Geox USA, Inc.
1410 Broadway, Ste 1400
New York, NY 10018

Hey Dude
Lucky Top Inc. / Hey Dude
P.O BOX 641462
Pittsburgh, PA 15264-1462

HH Brown
P.O. BOX 26802
New York, NY 10087-6802

Impo
P.O. BOX 639
Santa Maria, CA 93456

Intercontinental Leather Ind.
10 West 33rd, STE 415
New York, NY 10001

Kizik
1172 West 700 NorthSuite 200
Lindon, UT 84042

Lock Laces
Attn:Positive Distribution
4608 Industry Lane, STE H
Durham, NC 27713

Miami Leather Co.
PO Box 557740
Miami, FL 33255

Naot
80 Ruland Road, Suite 2
Melville, NY 11747

New Balance
PO  Box 415206
Boston, MA 02241-5206

Nike
P.O. Box 735395
Chicago, IL 60673-5395

Olukai
Dept LA 24237
Pasadena, CA 91185

On Inc
P.O. Box 734250
Chicago, IL 60673-4250

Onex
11905 Sherman Way
N. Hollywood, CA 91605

Oofos
MS119PO Box 989746
West Sacramento, CA 95798

PB Logistics Services LLC
5724 Green St., #262/263
BROWNSBURG, IN 46112

Phoenix Footwear
2236 Rutherford Road, #113
Carlsbad, CA 92008

Pikolinos
6701 NW 7 St,, Suite 100
Miami, FL 33126

PowerReviews Inc

Dept CH 18094
Palatine, IL 60055-8094

Reef Lifestyle, LLC
PO Box 930621
Atlanta, GA 31193

Remac
4301 Simonton, #150
Dallas, TX 75244

Rosenthal & Rosenthal, Inc.
P.O. BOX 88926
Chicago, IL 60695-1926

SAS
P.O. BOX 2240
SAN ANTONIO, TX 78298

Skechers USA
P.O. Box 74008181
Chicago, IL 60674-8181

Skuze Shoes LLC
ATTN: Accounts Receivable
2301 NW 33rd Court Suite 104
Pompano Beach, FL 33069

Spring Footwear
1001 West McNab Road
Pompano Beach, FL 33069

SupplyOne Tampa Bay
PO Box 74007651
Chicago, IL 60674-7651

Taos Footwear
18701 S Figueroa St.
GARDENA, CA 90248

The Standard
PO Box 5676
Portland, OR 97228-5676

Toms
PO Box 505286
Saint Louis, MO 63150

Topo Athletic
1 Grant St, Ste 150

Framingham, MA 01702

UPS
P.O. BOX 650116
Dallas, TX 75265-0116

VF Outdoor Inc.
13911 Collections Center Drive
Chicago, IL 60693

Wells Fargo Bank
Attn: Marc Fisher
PO Box 712683
Philadelphia, PA 19171-2683

West Chester Protective Gear
PO Box 22231
New York, NY 10087

Weyco Group
Dept, CH 17397
Palatine, IL 60055-7397

WIP INC
10365 SE Sunnyside RdSuite 300
Clackamas, OR 97015

Wolverine Worldwide Inc
25759 Network Place
Chicago, IL 60673-1257