| Fill in this information to identify the case: | |
|---|---|
| Debtor name | B.G.P., Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clarks<br>PO BOX 415388<br>Boston, MA 02241-5388 | | | | | | $1,330,178.52 |
| Skechers USA<br>P.O. Box 74008181<br>Chicago, IL 60674-8181 | | | | | | $991,005.80 |
| New Balance<br>PO  Box 415206<br>Boston, MA 02241-5206 | | | | | | $953,257.87 |
| Wolverine Worldwide Inc<br>25759 Network Place<br>Chicago, IL 60673-1257 | | | | | | $691,992.59 |
| Caleres, Inc.<br>PO Box 281777<br>Atlanta, GA 30384 | | | | | | $462,585.00 |
| Wells Fargo Bank<br>Attn: Marc Fisher<br>PO Box 712683<br>Philadelphia, PA 19171-2683 | | | | | | $361,686.36 |
| Taos Footwear<br>18701 S Figueroa St.<br>GARDENA, CA 90248 | | | | | | $313,298.82 |
| Deckers Outdoor Corp<br>P.O. Box 8424<br>Pasadena, CA 91109-8424 | | | | | | $290,886.02 |
| Brooks<br>P.O Box 94353<br>Seattle, WA 98124-6653 | | | | | | $211,166.55 |
| Aldo US Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 | | | | | | $185,522.20 |
| Cole Haan<br>PO Box 6007<br>Boston, MA 02212 | | | | | | $152,457.00 |

Debtor  **B.G.P., Inc.**  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidate | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eastman Footwear**<br>PO BOX 1036<br>Charlotte, NC 28201-1036 | | | | | | $149,985.81 |
| **On Inc**<br>P.O. Box 734250<br>Chicago, IL 60673-4250 | | | | | | $133,705.55 |
| **FitFlop**<br>PO Box 347394<br>Pittsburgh, PA 15251 | | | | | | $93,824.37 |
| **Phoenix Footwear**<br>2236 Rutherford Road, #113<br>Carlsbad, CA 92008 | | | | | | $73,495.80 |
| **Naot**<br>80 Ruland Road, Suite 2<br>Melville, NY 11747 | | | | | | $72,799.94 |
| **Dansko**<br>33 Federal Road<br>West Grove, PA 19390 | | | | | | $66,575.11 |
| **Genesco, Inc.**<br>4008 Reliable Parkway<br>Chicago, IL 60686 | | | | | | $64,721.50 |
| **Footwear Unlimited Inc**<br>99 Larkin Williams Ind. Ct<br>Fenton, MO 63026 | | | | | | $64,095.00 |
| **ASICS**<br>PO BOX 827483<br>Philadelphia, PA 19182 | | | | | | $60,515.66 |

**Fill in this information to identify the case:**

Debtor name: **B.G.P., Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule ____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1.23.2025      x  /s/ Gary Peltz
                                Signature of individual signing on behalf of debtor

**Gary S. Peltz**
Printed name

**President**
Position or relationship to debtor