CORPORATE RESOLUTION
OF
B.G.P., INC.

## AUTHORIZING THE FILING OF CHAPTER 11 BANKRUPTCY

WHEREAS, the Board of Directors (the "Board") of B.G.P., INC., a Florida corporation (the "Company"), has determined that it is in the best interests of the Company, its creditors, and other stakeholders to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code");

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company, the alternatives available to the Company, and the impact of the filing of a Chapter 11 petition;

WHEREAS, after due deliberation and consultation with the Company's management and advisors, the Board has determined that filing for Chapter 11 protection is necessary and appropriate to preserve and maximize the value of the Company's assets and to facilitate the reorganization of the Company's financial affairs;

NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the United States Bankruptcy Court for the Middle District of Florida, specifically the Tampa Division.

BE IT FURTHER RESOLVED, that Gary Peltz, the President of the Company, and any other officers or agents of the Company (collectively, the "Authorized Officers") be, and each of them hereby is, authorized, empowered, and directed to execute and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in such court at such time as the Authorized Officers shall determine;

BE IT FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed to retain and employ such legal counsel, accountants, financial advisors, restructuring advisors, and other professionals as the Authorized Officers deem necessary or appropriate to assist the Company in carrying out its responsibilities under the Bankruptcy Code, including but not limited to Stichter Riedel Blain & Postler P.A., as legal counsel;

BE IT FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, directed, and empowered, in the name of and on behalf of the Company, to execute, deliver, and file any and all petitions, schedules, motions, lists, applications, pleadings, and other documents, and to take any and all actions that they deem necessary or appropriate to obtain Chapter 11 relief and to carry out the intent and purpose of the foregoing resolutions;

BE IT FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

BE IT FURTHER RESOLVED, that this resolution may be executed in counterparts and by electronic means, each of which shall be deemed an original, and all of which, when taken together, shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned, being the sole director of the Company, has executed this Corporate Resolution as of January 17, 2025.

**SOLE DIRECTOR:**

_Gary Peltz_
Gary Peltz