UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| B.G.P., INC., | Case No. 8:25-bk-412-RCT |
| BGP WAREHOUSE INDIANA, LLC, | Case No. 8:25-bk-413-RCT |
| B.G.P. STORES, LLC, | Case No. 8:25-bk-414-RCT |
| Debtors. _____/ | *Jointly Administered Under Case No. 8:25-bk-412-RCT* |

### DEBTORS' CHAPTER 11 CASE MANAGEMENT SUMMARY

B.G.P., INC. ("**BGP**"), BGP WAREHOUSE INDIANA, LLC ("**Warehouse**"), and B.G.P. STORES, LLC ("**Stores**") (together, the "**Debtors**"), pursuant to Local Rule 2081-1, file their Chapter 11 Case Management Summary (the "**Summary**"). For the Summary, the Debtors state the following:

**I.      Description of Debtors' Businesses**

Warehouse and Stores are Florida limited liability companies. BGP is a Florida corporation. The Debtors operate six retail brick and mortar shoe stores on the west coast of Florida and an e-commerce business with a distribution center in Greenwood, Indiana. Retail sales are managed by stores. BGP handles the e-commerce sales, and Warehouse operates the distribution center.

**II.     Location of Debtor's Operations and Whether Leased or Owned**

The Debtors' corporate headquarters are located at 4525 140th Avenue North, Suite 900, Clearwater, FL 33762, which it leases. The Debtors operate retail stores at the following leased locations:

St. Petersburg Store
7121 22nd Avenue North
St. Petersburg, FL  33710

Clearwater Store
2675 Gulf to Bay Boulevard, Suite 770
Clearwater, FL  33759

East Bradenton Store
5275 University Parkway, #113
Bradenton, FL  34201

West Bradenton Store
7208 Cortez Rd. West
Bradenton, FL  34210

Sarasota Store
1920 Stickney Point Road
Sarasota, FL  34231

Fort Myers Store
13300 S. Cleveland Ave.
Fort Myers, FL  33907

The Debtors have a lease for their e-commerce site which is located at:

998 Gerdt Court
Greenwood, Indiana  46143

### III. Reasons for Filing Chapter 11

In 2019, the Debtors engaged in an expansion project which significantly changed their business model.  The Debtors utilized an outside consulting company to develop an plan which involved expanding existing operations to facilitate sales growth, including doubling the size of a leased warehouse in Indiana.  In addition to the increased overhead expenses with the leasehold expansion, the Debtors invested in additional fixed assets and personnel to accommodate the additional warehouse space.  Finally, the plan involved hiring additional management personnel, including finance and marketing positions at leadership levels as well as customer support and clerical positions.

In the summer and fall of 2022, inventory spiked to $24 million. Some of this expansion was planned to support the growth for increase in sales. However, much of the inventory increase was from open orders that were not filled with COVID, which were filled after the transportation issues resided. As a result of these two factors, inventory increased by approximately $10 million. This was not an isolated situation as many of the nation's retailers saw increases in inventory level's subsequent to the transportation issues resulting from COVID resided.

The expansion plan was initially successful as the Debtors experienced significant growth. During COVID, business grew at a rate more than 10% with ecommerce channel growth outpacing the growth in brick and mortar retail stores. In fiscal year end 2022, growth was approximately 4% over 2021 and 28% over 2020.

During fiscal year 2023, an emphasis of the Debtor was to reduce its inventory levels. Sales were slowing due to increased competition and excess inventory of shoes in the market. As the inventory received in 2022 started to age, the Debtors placed emphasis on moving older inventory by reducing the price. Unfortunately, as other retailers were also discounting prices for shoes to entice sales. This resulted in a margin squeeze and a degradation of profits throughout the industry. The Debtors also focused their efforts on moving excess inventory in the ecommerce channel, which had begun to represent a majority of the Debtors' sales. In addition to the market pressure, the Debtors encountered higher costs as Amazon also adjusted its fee structure and increased fees for online sellers.

In 2023, the Debtors finished its software conversion to NetSuite. After working on the conversion for more than 2 years, the system went live on June 1, 2023. Much of the attention of the staff in the leadership group was placed on the conversion during that two year period. After going live, the Debtors also had to focus on getting the system working properly and working out

the kinks. All of this took focus off what the Debtors should have been doing – increasing sales or determining the reason for declining sales. The Debtors did not place sufficed focus on their retail store sales and operations. The conversion to NetSuite did not allow the Debtors to adequately restock store inventory, resulting in stock outages in many fast-selling items and sizes. As a result of the delay in refactoring its inventory, the Debtors missed sales and caused customers to become unhappy.

The Debtors experienced a decline in sales of 3% for the year ended 2023 and an increase in cost of goods sold of 4%. Due to the margin squeeze, overall gross profit declined 30% from 2022 to 2023. Salaries also increased 5%, advertising increased 4% and general and administrative costs increased 15%. Overall, the Debtors experienced a net loss for 2023.

While the Debtors made changes in payroll starting in late 2023 the cuts were not large enough to have an impact on the results of 2023. Three changes in the leadership level in 2023 reduced the overall payroll in 2024. The Debtors continued to make changes to staffing in 2024 at the leadership level and in the warehouse and support staff.

The Debtors continued to focus on the slow and no moving inventory (much of which was purchased in 2022) in 2024 and reducing inventory levels to a more financially appropriate amount. Although the Debtors have reduced inventory levels by $10 million from the 2022 high, the Debtors are not meeting their sales forecast and store sales have continued to suffer from lack of focus, restocking issues and advertising that is not driving traffic to the stores. Ecommerce continues to focus on selling through the aging inventory at lower margins.

The Debtors attempted to market the companies in 2024. During the marketing period, Truist extended its existing loans. When the sale efforts were unsuccessful, Truist froze the line

of credit. The Debtors were unable to fund the purchase of additional inventory without access to the line of credit.

The distribution center in Indiana was increasingly becoming a drain on cash flow. The Debtors have 132,000 square feet of warehouse space. The high rent coupled with the large labor costs were almost $225,000 per month. The high overhead costs coupled with the shrinking margins made ecommerce sales less profitable. The Debtors are filing a motion to reject the lease for the distribution center and will use a third party logistics center in connection with the ecommerce sales, which will result in significantly lower costs.

The Debtors filed their bankruptcy case in order to preserve the going concern value of their assets and to restructure their obligations.

IV. **List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing**

Gary Peltz and Connor Peltz are each paid $220,000 annually. Their salaries are paid by Stores.

V. **Debtor' Annual Gross Revenues**

| Entity | Year Ended December 31, 2024 | January 1 – January 21, 2025 |
|---|---|---|
| BGP | $52,668,319.57 | $2,488,428.33 |
| Warehouse | $0.00 | $0.00 |
| Stores | $10,455,059.00 | $436,408.04 |

VI. **Amounts Owed to Various Classes of Creditors**

The Debtors only secured creditor is DWB Holdings Group, LLC ("**DWB**"), which was assigned the Truist loan. DWB asserts it is owed approximately $9.6 million as secured under outstanding loans. Each of the Debtors are either obligors or guarantors of the DWB secured and unsecured indebtedness.

BGP owes approximately $7,100,000 in unsecured debt, which is owed primarily to vendors. Stores has unsecured debt of approximately $16,000. Warehouse has unsecured debt of $115,000.

## VII. General Description and Approximate Value of Debtors' Current Fixed Assets[1]

BGP's assets consist of money in bank accounts of $3,402,892.98 and inventory of $12,999,098.01. Stores' assets consist of money in bank accounts of $80,613.30, prepaid expenses of $91,344.56, deposits of $61,181.21, and fixed assets which have been fully depreciated. Warehouse's assets consist of cash of $7,442.87 and prepaid expenses of $76,736.49.

## VIII. Number of Employees and Amounts of Wages Owed as of Petition Date

On the Petition Date, Stores had sixty five (65) employees and payroll through the payroll period ended January 19, 2025 has been fully funded prior to the Petition Date, including all payroll taxes. The Debtors bi-weekly payroll amounts are as follows:

| | | |
|---|---|---|
| Warehouse | 29 employees | $ 48,000 |
| Stores | 65 employees | $108,000 |

## IX. Status of Debtors' Payroll and Sales Tax Obligations

Payroll taxes are funded each payroll and the Debtors paid all payroll taxes through the Petition Date. The Debtors owe approximately $53,000 in pre-petition wages for the pay period ended February 2, 2025.

Sales taxes have been paid through December 31, 2024 for both monthly and quarterly states. BGP estimates it owes $43,000 in sales taxes.

## X. Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date

The Debtors intend to seek emergent/expedited relief on the following issues:

1. Motion to pay officers' salary;

---

[1] Asset values are as of December 31, 2024 and the values listed are book value.

2. Motion to pay wages;

3. Motion to reject the Indiana warehouse lease; and

4. Motion to use cash collateral.

**XI.** **Debtors' Strategic Objectives**.

The Debtors filed the instant case to utilize the bankruptcy filing to restructure their debts.

WHEREFORE, the Debtors respectfully submit the foregoing as their Case Management Summary.

>  */s/ Scott A. Stichter*
> Scott A. Stichter (FBN 710679)
> Daniel R. Fogarty (FBN 0017532)
> Stichter, Riedel, Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida  33602
> Telephone: (813) 229-0144
> Email: sstichter@srbp.com
>        dfogarty@srbp.com
> Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing *Case Management Summary* has been furnished on this 24th day of January, 2025, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

> */s/ Scott A. Stichter*
> Scott A. Stichter