UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| B.G.P., INC., | Case No. 8:25-bk-412-RCT |
| BGP WAREHOUSE INDIANA, LLC, | Case No. 8:25-bk-413-RCT |
| B.G.P. STORES, LLC, | Case No. 8:25-bk-414-RCT |
| Debtors._____/ | *Jointly Administered Under Case No. 8:25-bk-412-RCT* |

## NOTICE OF FILING CASH COLLATERAL BUDGET

B.G.P., INC., BGP WAREHOUSE INDIANA, LLC, and B.G.P. STORES, LLC (the "**Debtors**"), as debtors and debtors in possession, by and through their undersigned counsel, give notice of the filing, as an attachment hereto, of the cash collateral budget in connection with the *Debtors' Emergency Motion for Authority to Use Cash Collateral* (Doc. No. 13).

> */s/ Scott A. Stichter*
> Scott A. Stichter (FBN 710679)
> Stichter, Riedel, Blain & Postler, P.A.
> 110 East Madison Street, Suite 200
> Tampa, Florida  33602
> Telephone: (813) 229-0144
> Email: sstichter@srbp.com
> Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Cash Collateral Budget has been furnished on this 28th day of January, 2025, by the Court's CM/ECF System to all parties receiving CM/ECF noticing and by either U.S. Mail to the LBR 1007-2 matrix and:

DWB Holdings Group, LLC
c/o Edward J. Peterson, III, Esquire
Johnson Pope
Via Email:  edwardp@jpfirm.com

          */s/ Scott A. Stichter*
          Scott A. Stichter

Weekly Cash Flow forecast
BGP d/b/a Peltz Shoes

Starting Cash: 3,544,449.56

| Week End Date | Cash In — Sales Forecast | Cash Out — COD Payments for New Merchandise | Platform, Freight & Packaging | Marketing | GNA | Payroll | Rent | Sales Tax | Insurance | US Trustee | Weekly Cash | Cumulative Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/25/2025 | 1,084,148 | 184,287 | 360,672 | 18,225 | 46,006 | 231,722 | 111,978 | | | | 131,259 | 3,675,709 |
| 2/1/2025 | 1,144,260 | 54,298 | 339,098 | 23,901 | 47,038 | - | | | 10,000 | 14,272 | 655,652 | 4,331,361 |
| 2/8/2025 | 1,120,705 | 116,040 | 332,118 | 23,409 | 46,070 | 173,571 | | | | | 429,496 | 4,760,857 |
| 2/15/2025 | 1,011,147 | 617,671 | 299,651 | 21,121 | 41,566 | - | | | | | 31,139 | 4,791,996 |

```
Label Matrix for local noticing        ASICS                                  Aldo US Inc.
113A-8                                  PO BOX 827483                          1209 Orange Street
Case 8:25-bk-00412-RCT                  Philadelphia, PA 19182-7483            Wilmington, DE 19801-1120
Middle District of Florida
Tampa
Fri Jan 24 07:48:16 EST 2025

Brooks                                  Caleres, Inc.                          Clarks
P.O Box 94353                           PO Box 281777                          PO BOX 415388
Seattle, WA 98124-6653                  Atlanta, GA 30384-1777                 Boston, MA 02241-5388


Cole Haan                               Dansko                                 Deckers Outdoor Corp
PO Box 6007                             33 Federal Road                        P.O. Box 8424
Boston, MA 02212-6007                   West Grove, PA 19390-9182              Pasadena, CA 91109-8424


Eastman Footwear                        FitFlop                                Footwear Unlimited Inc
PO BOX 1036                             PO Box 347394                          99 Larkin Williams Ind. Ct
Charlotte, NC 28201-1036                Pittsburgh, PA 15251-4394              Fenton, MO 63026-2423


Genesco, Inc.                           Naot                                   New Balance
4008 Reliable Parkway                   80 Ruland Road, Suite 2                PO  Box 415206
Chicago, IL 60686-0001                  Melville, NY 11747-4211                Boston, MA 02241-5206


On Inc                                  Phoenix Footwear                       Skechers USA
P.O. Box 734250                         2236 Rutherford Road, #113             P.O. Box 74008181
Chicago, IL 60673-4250                  Carlsbad, CA 92008-8836                Chicago, IL 60674-8181


Taos Footwear                           Wells Fargo Bank                       Wolverine Worldwide Inc
18701 S Figueroa St.                    Attn: Marc Fisher                      25759 Network Place
GARDENA, CA 90248-4506                  PO Box 712683                          Chicago, IL 60673-1257
                                        Philadelphia, PA 19171-2683


End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:25-bk-00413-RCT<br>Middle District of Florida<br>Tampa<br>Fri Jan 24 07:48:58 EST 2025 | Dove Technologies Inc<br>PO Box 6106<br>Florence, SC 29502-6106 | Exeter 998 Gerdt, LLC<br>c/o EQT Exeter<br>101 West Elm St., #600<br>Conshohocken, PA 19428-2075 |
| Peterson Company, LLC<br>ATTN: Dianna<br>PO Box 7047 Group 3014<br>Indianapolis, IN 46207-7047 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 | End of Label Matrix<br>Mailable recipients    4<br>Bypassed recipients    0<br>Total                  4 |

```
Label Matrix for local noticing         7110 CRW, LLC                      Brixmor/IA Clearwater Mall, LLC
113A-8                                  Benderson Development              c/o Brixmor Property Group
Case 8:25-bk-00414-RCT                  570 Delaware Ave.                  450 Lexington Ave., 13th FL
Middle District of Florida              Buffalo, NY 14202-1284             New York, NY 10017-3956
Tampa
Fri Jan 24 07:49:30 EST 2025

Cox Radio LLC                           DDRTC Cypress Trace, LLC           Duke Energy
PO BOX 83199                            3300 Enterprise Parkway            PO BOX 1094
Chicago, IL 60691-0199                  Beachwood, OH 44122-7200           Charlotte, NC 28201-1094


Fish Window Cleaning                    Southpointe Shopping Center        Tramlaw, LLC
6800 Gulfport Blvd S.                   P.O. Box 18419                     Benderson Development
Ste 201-343                             Sarasota, FL 34276-1419            570 Delaware Ave.
South Pasadena, FL 33707-2163                                              Buffalo, NY 14202-1284


End of Label Matrix
Mailable recipients     8
Bypassed recipients     0
Total                   8
```