UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11

B.G.P., INC.,                                       Case No. 8:25-bk-412-RCT
BGP WAREHOUSE INDIANA, LLC,                         Case No. 8:25-bk-413-RCT
B.G.P. STORES, LLC,                                 Case No. 8:25-bk-414-RCT

   Debtors.                                         *Jointly Administered Under*
_____/                    *Case No. 8:25-bk-412-RCT*

B.G.P., INC.,                                       Case No. 8:25-bk-412-RCT

   Applicable Debtor.
_____/

## AMENDMENT TO SCHEDULE E/F

The Debtor, B.G.P., INC., hereby amends Schedule F to add the following creditor:

Listrak, Inc.                          $48,699.88
100 West Millport Rd                   Disputed
Lititz, Pa 17543

Listrak, Inc.                          For noticing purposes
c/o Caine & Weiner
5805 Sepulveda Blvd., 4th Floor
Sherman Oaks, CA 91411

I HEREBY DECLARE, under penalty of perjury, that the Amendment to Schedule E/F is true and correct to the best of my knowledge and belief.

DATED this 24th day of February, 2025.

B.G.P., INC.

By: _____Gary Peltz, President_____
    Gary S. Peltz, President

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2025, true and correct copies of the *Amendment to Schedule E/F* and *Amended Summary of Schedules* have been furnished by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing; and true and correct copies of the *Amendment to Schedule E/F* and *Notice of Chapter 11 Case* have been furnished by U.S. Mail to:

Listrak, Inc.
100 West Millport Rd
Lititz, Pa 17543

Listrak, Inc.
c/o Caine & Weiner
5805 Sepulveda Blvd., 4th Floor
Sherman Oaks, CA 91411

                                            */s/ Scott A. Stichter*
                                            Scott A. Stichter (FBN 0710679)
                                            Stichter Riedel Blain & Postler, P.A.
                                            110 East Madison Street, Suite 200
                                            Tampa, Florida   33602
                                            Telephone: (813) 229-0144
                                            Email:  sstichter@srbp.com
                                            Attorneys for Debtors

4925-1138-7679, v. 1